THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCvP 5.4
(Rule Number/Section)

CV21-08079-PCT-DMF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~COLORADO~~ ARIZONA

Civil Action No. _____
(To be supplied by the court)

X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ERIC LEVANTER DeMILLARD,
MICHAEL TALLONE
, Plaintiff

v.

THE STATE OF ARIZONA;
THE COUNTY OF YAVAPAI, ARIZONA;
THE CITY OF PRESCOTT, ARIZONA;
THE CITY OF CAMP VERDE, ARIZONA;
SEE ATTACHED
, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

ERIC LEVANTER DeMILLARD 2323 CURTIS STREET DENVER CO 80205-2627
(Name and complete mailing address)

303-388-8100, ROOM 222
(Telephone number and e-mail address) ericdemillard@yahoo.com

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: THE STATE OF ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

ARIZONA ATTORNEY GENERAL'S OFFICE
(Telephone number and e-mail address if known)

Defendant 2: THE COUNTY OF YAVAPAI, ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: THE CITY OF PRESCOTT, ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: THE CITY OF CAMP VERDE, ARIZONA #500 BILLION DOLLARS
(Name and complete mailing address)

(Telephone number and e-mail address if known)

↑ THE TOTAL #TWO TRILLION DOLLARS!!

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

ERIC LEVANTER DeMILLARD   2323 CURTIS STREET DENVER CO 80205-262
(Name and complete mailing address)

303-388-8100, ROOM 222   ericdemillard@yahoo.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: THE STATE OF ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

ARIZONA ATTORNEY GENERAL'S OFFICE
(Telephone number and e-mail address if known)

Defendant 2: THE COUNTY OF YAVAPAI, ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

928-771-3260   255 E. GURLEY STREET
PRESCOTT, ARIZONA 86301
(Telephone number and e-mail address if known)

Defendant 3: THE CITY OF PRESCOTT, ARIZONA ← #500 BILLION DOLLARS
(Name and complete mailing address)

928-777-1100   201 S. CORTEZ STREET
PRESCOTT, ARIZONA 86303
(Telephone number and e-mail address if known)

Defendant 4: THE CITY OF CAMP VERDE, ARIZONA #500 BILLION DOLLARS
(Name and complete mailing address)

928-554-0000   473 S. MAIN ST. STE. 102
CAMP VERDE, ARIZONA 86322
(Telephone number and e-mail address if known)

↑ THE TOTAL: #TWO TRILLION..

2

# THE ADDITIONAL DEFENDANTS

5. WEST YAVAPAI GUIDANCE CLINIC
   625 HILLSIDE AVENUE
   PRESCOTT, ARIZONA 86301
   #100 MILLION DOLLARS IS FINAN-
   CIALLY OWED TO ME;

6. LINDA BOSSE, CERTIFIED NURSE PRACTITIONER
   WEST YAVAPAI GUIDANCE CLINIC
   #10 MILLION DOLLARS IS FINAN-
   CIALLY OWED TO ME;

7. CARRIE MALINOWSKI, CASE MANAGER
   WEST YAVAPAI GUIDANCE CLINIC
   #10 MILLION DOLLARS IS FINAN-
   CIALLY OWED TO ME;

8. TIM BOEHM, M.A., CRC
   REHABILITATION SERVICES ADMINISTRATION
   VOCATIONAL REHABILITATION COUNSELOR
   3262 BOB DR., SUITE 12
   PRESCOTT VALLEY, ARIZONA 86314
   #10 MILLION DOLLARS IS FINAN-
   CIALLY OWED TO ME.

THE ADDITIONAL DEFENDANTS (CONTINUED)

B. DEFENDANT(S) INFORMATION

9. WILLOW RIDGE APARTMENTS
1205 SANDRETTO DRIVE
PRESCOTT, ARIZONA 86305
928-445-6646
ONE BILLION DOLLARS IS FINANCIALLY OWED TO ME;

10. GRANITE MOUNTAIN TRAILS, L.L.C.
O'LEARY EATON "law firm," PLLC
115 GROVE AVE.
928-445-1856
PRESCOTT, ARIZONA 86301
TEN MILLION DOLLARS IS FINANCIALLY OWED TO ME.

THE FEDERAL PLAINTIFF, L.D.S. BROTHER ERIC L. DeMILLARD, WISHES TO LEGALLY PURSUE HIS REDRESS UNDER THE 1990 AMERICANS WITH DISABILITIES ACT AND THE SEPTEMBER 21, 1996 DEFENSE OF MARRIAGE ACT.

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✓] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case. LEGAL DOCTRINE OF RES JUDICATA

THE FULL FAITH AND CREDIT CLAUSE OF THE UNITED STATES CONSTITUTION

→ UNITED STATES CONSTITUTION, FIRST AMENDMENT; 11-4-1796 TREATY OF TRIPOLI; Fed. R. Civ. P. 8(c);

[✓] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

227 UNITED STATES SUPREME COURT CASES/RULING.

Plaintiff is a citizen of the State of COLORADO.

If Defendant 1 is an individual, Defendant 1 is a citizen of ARIZONA

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

DEFENDANTS #2 TO #8 ARE ALL CITIZENS OF THE STATE OF ARIZONA.

3

**I AM A 100% TEMPLE-WORTHY L.D.S. MORMON BROTHER!!**

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **I DO NOT DESIRE TO "be" A GAY HOMOSEXUAL ATHEIST.**

Supporting facts:

THESE FEDERALLY - PROHIBITED BLOODTHIRSTY DEFENDANTS HAVE ALL DONE EVERYTHING POSSIBLE TO KILL ME AND TO MURDER ME FROM THE DATE OF MONDAY, 8-4-08 TO TODAY'S DATE OF MONDAY, 4-12-21!! THESE FEDERALLY - PROHIBITED DEFENDANTS FEDERALLY CRIMINALLY PERPETRATED THE TWO WORST FEDERAL "245" CIVIL RIGHTS CRIMINAL VIOLATIONS IN AMERICAN HISTORY ON SUNDAY, 4-17-2011 AND ON THURSDAY, 1-30-2020!!

CLAIM TWO: <u>I WISH FOR THE LEGALLY-POWERFUL 4-15-1994 UTAH DIVORCE DECREE TO BE ENFORCED!!</u>

Supporting facts:

MY MUCH, MUCH-REVERED NON-SECULAR CHURCH — THE L.D.S. MORMON CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS — HAS NEVER, EVER "performed" A GAY HOMOSEXUAL FORCED "l.d.s. mormon marriage" FROM THE DATE OF APRIL 6, 1830 UNTIL TODAY'S DATE OF APRIL 12, 2021!! I AM 100% DEFINITELY A LEGALLY-NEVER-CHANGED <u>SOLE LEGAL CUSTODIAL</u> (!!) PARENT FATHER AND I WANT JUSTICE NOW AND WITHOUT DELAY!!

5

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I AM LEGALLY ENTITLED TO RECEIVE TRILLIONS OF DOLLARS IN FEDERALLY-ORDERED COMPENSATION FROM THESE FEDERALLY-PROHIBITED DEFENDANTS.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Eric Levanter De Millard*
(Plaintiff's signature)

4-12-21
(Date)

*I ARRIVED BACK IN "Prescott," ARIZONA ON MAY 11, 2018.*

*PARAGRAPH THREE IS YET ANOTHER FEDERAL CRIME*

Mr. Eric L. DeMillard
729 Walnut Street
Prescott, Arizona  86301
E-mail address: ericdemillard@yahoo.com
Telephone: 928-460-9140

June 19, 2018

Prescott Police Department,

I need your assistance. I need to report the felonious theft of my own personal property items by the Willow Ridge Apartments at 1205 Sandretto Drive in Prescott, Arizona. My own personal property items were all inside apartment #A108 of the Willow Ridge Apartments from September 15, 2010 to June 17, 2011. Willow Ridge Apartments staff members entered my apartment #A108 on June 17, 2011. I do not know to this date of June 19, 2018 where all of my personal property items are located. In particular, I own a large and an extensive gem mint-condition collectible sports card collection and an autographed sports memorabilia items collection. In addition, I own a large and an extensive sports magazines collection. I also own expensive Acer computer equipment, a computerized scanner and a computerized web camera. I also own Microsoft Expressions Web software which financially cost $300.00 in all. My $500.00 Simmons Beauty Rest queensize bed was inside apartment #A108 as was my color television set and my DVD player.

I had eight (8) three row shoeboxes filled with valuable gem mint-condition collectible sports cards. I had twenty (20) two row shoeboxes filled with valuable gem mint-condition collectible sports cards. I also had seven (7) three-ring binders filled with valuable gem mint-condition collectible sports cards. I had other boxes with valuable gem mint-condition collectible sports cards inside of them. Please assist me in re-acquiring my valuable collectible sports cards. Please assist me in re-acquiring my autographed sports memorabilia items collection. I am in need of my own personal property items which all legally belong to me. I am a disabled person and I live on a meager stipend from the Social Security Administration. I sell my collectible sports cards which are my own personal property items at sports card shows in order to financially supplement my Social Security Disability Insurance monthly payments. I need my collectible sports cards returned to me as soon as possible.

[ I lived in apartment #A108 of the Willow Ridge Apartments from September 15, 2010 to April 17, 2011. On Sunday, April 17, 2011 I was arrested by the Prescott Police Department because of a Wyoming probation revocation warrant for allegedly, supposedly contacting my own biological children on the Internet. On April 17, 2011 I was transported by the Prescott Police Department to the Camp Verde Jail in Camp Verde, Arizona where I was horribly imprisoned until the date of July 7, 2011. On July 7th and 8th of 2011 I was transported back to the state of Wyoming where I was horribly imprisoned from July 8, 2011 to April 4, 2018 which is the date I was finally released because I experienced expiration of sentence. I arrived back in Prescott on May 10, 2018. The parole ended for me on May 10, 2018. I no longer have to see probation and parole officers in Prescott. I am a free civilian. ]

I did not give my legal permission for the Willow Ridge Apartments to horribly take advantage of my terrible predicament and to proceed to feloniously steal from me my much-valued personal property items. Upon my return to Prescott on May 10, 2018 I typed three letters to the Willow Ridge Apartments and I sent them two e-mail messages and I made two telephone calls inquiring about the whereabouts of my own personal property items. On June 14, 2018 I received a nasty e-mail message from them stating they do not have my own personal property items. Please assist me. Thank you.

*Eric L. DeMillard*

# OFFICER ROTHER

ON JUNE 21, 2018 A PRESCOTT POLICE DEPARTMENT OFFICER CALLED ME ON MY CELLULAR TELEPHONE AND HE TOLD ME THE WILLOW RIDGE APARTMENTS ARE INDEED RESPONSIBLE FOR ALL OF MY OWN PERSONAL PROPERTY ITEMS.